IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PAMELA POORE-EDWARDS, | Civil Action Number: 4:19-cv-02370-JMC |
| Plaintiff, | |
| v. | |
| ANDREW SAUL, Commissioner of Social Security Administration, | **ORDER** |
| Defendant. | |

This matter is before the court pursuant to Defendant's consent Uncontested Motion to Remand pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF Nos. 16, 18.) Defendant asserts that remand is appropriate because "the Commissioner has determined that this case would benefit by further development of the record and re-evaluation of Plaintiff's claim of disability." (ECF No. 16 at 1 ¶ 2.)

Therefore, after consideration of Defendant's Motion to Remand and Plaintiff's statement of consent, the court **GRANTS** Defendant's Motion to Remand (ECF No. 16), **ENTERS** Final Judgment under Rule 58 of the Federal Rules of Civil Procedure, and **REMANDS** this case to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

May 4, 2020
Columbia, South Carolina